UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONNA SCHIFFER,
    Plaintiff,

vs.                              CASE NO. 8:14-CIV-2804-T-EAK-AEP

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the report and recommendation (R&R) issued by Magistrate Judge Anthony E. Porcelli on February 11, 2016 (Doc. 14). The magistrate judge recommended that the decision of the Commissioner be affirmed.

## STANDARD OF REVIEW

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

Timely objections were filed. (Doc. 15) and response thereto (Doc. 17). The objections assert that the Administrative Law Judge (ALJ) improperly substituted his judgment for that of the medical experts, which was the first argument made before the Magistrate Judge, and that the ALJ did not have good cause to reject the treating physician Dr. Lockett's opinion, the same argument made in the second instance before the Magistrate Judge. There are no objections as to the other arguments presented to the Magistrate Judge and they are adopted.

The objections are essentially the same as the presentation before the Magistrate Judge and the Court finds that the Report and Recommendation is well-reasoned and should be adopted and incorporated on both areas of objections from the Plaintiff. The report of the Magistrate Judge finds that the ALJ's determination was based on substantial evidence and employed proper legal standards. Nothing presented in the objections has convinced the Court that the Magistrate Judge was incorrect in his assessment. The Court has reviewed the report and recommendation and made an independent review of the record. Upon due consideration, the Court concurs with the report and recommendation. Accordingly, it is

**ORDERED** that the report and recommendation (Doc. 14) be **adopted** and **incorporated by reference**; the objections be **overruled**; the decision of the

Commissioner be **affirmed**; and the Clerk of Court is **directed** enter judgment for the defendant and against the plaintiff and to close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 15th day of March, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge